UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLENORD EVANS, | ) | 1:08-CV-00629 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #17] |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO DISMISS |
| | ) | IN PART AND DENYING IN PART |
| | ) | [Doc. #14] |
| | ) | |
| | ) | ORDER DISMISSING CLAIMS |
| KATHY MENDOZA-POWERS, Warden, | ) | |
| | ) | ORDER REFERRING MATTER BACK TO |
| Respondent. | ) | MAGISTRATE JUDGE FOR FURTHER |
| | ) | PROCEEDINGS |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is represented in this action by Marc E. Grossman, Esq.

On September 3, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED IN PART and DENIED IN PART. The Magistrate Judge recommended that Grounds Four and Five be DISMISSED from the petition. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

1      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 3, 2008, is ADOPTED IN FULL;

2. Respondent's motion to dismiss is GRANTED IN PART and DENIED IN PART;

3. Grounds Four and Five are DISMISSED from the petition; and

4. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:**   September 29, 2008           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE