UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLENORD EVANS, | ) | 1:08-CV-00629 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #24] |
| | ) | |
| v. | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| KATHY MENDOZA-POWERS, Warden, | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is represented in this action by Marc E. Grossman, Esq.

On January 29, 2009, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment for Respondent. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On February 3, 2009, Petitioner filed objections to the Findings and Recommendation.

1 Respondent filed a reply to the objections on February 19, 2009. In accordance with the provisions of
2 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully
3 reviewed the entire file and having considered the objections, the Court concludes that the
4 Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis,
5 and there is no need to modify the Findings and Recommendations based on the points raised in the
6 objections.

7       Accordingly, IT IS HEREBY ORDERED that:

8       1. The Findings and Recommendation issued January 29, 2009, is ADOPTED IN FULL;

9       2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

10       3. The Clerk of Court is DIRECTED to enter judgment for Respondent; and

11       4. As this petition challenges a parole decision, a certificate of appealability is not required.

12 Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

13 IT IS SO ORDERED.

14 **Dated:   February 23, 2009**          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE